IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARCH INSURANCE COMPANY,

    Plaintiff/Counterdefendant,

vs.                                                                                     CIVIL NO.:  13 CV 01100 KG/KBM

NA'NIZHOOZHI CENTER, INC.,

    Defendant/Counterclaimant.

**ORDER GRANTING AMENDED JOINT STIPULATION
AND MOTION FOR STAY OF PROCEEDINGS**

**THIS MATTER** having come before the Court on the Amended Joint Stipulation and Motion For Stay of Proceedings filed by Plaintiff/Counterdefendant Arch Insurance Company ("Arch") and Defendant/Counterplaintiff, Na'Nizhoozhi Center, Inc. ("NCI"), the Court having considered said Motion, and being otherwise fully advised in the premises, FINDS that the Amended Joint Stipulation and Motion is well-taken, is supported by good cause, and should be granted.

    **IT IS THEREFORE ORDERED,** as follows:

    1.    All proceedings in this case on the Complaint for Declaratory Judgment [Doc. 1] and the First Amended Answer and Counterclaim [Doc. 9] are stayed.

    2.    The stay of all proceedings shall continue until such time as (1) entry of judgment, order or findings in the damages hearing or trial (currently scheduled for March 25-26, 2014), in the underlying lawsuit entitled *Arlene Halloway, as Guardian of minor children, David Lopez, Jr., Michael Lopez, Betty Ann Williams, Veronica Lopez and Latisha Lopez v. NCI,* being

Cause No. D-1113-CV-2012-516, filed in the Eleventh Judicial District, *McKinley County, State of New Mexico,* or (2) the underlying lawsuit is settled or resolved, or (3) until further Order of the Court lifting the stay.

_____
DISTRICT COURT JUDGE

Approved:

CONKLIN, WOODCOCK & ZIEGLER, P.C.

*/s/ Robert C. Conklin*
_____
Robert C. Conklin
Jacqueline M. Woodcock
Alisa Wigley-DeLara
320 Gold, S.W., Suite 800
Albuquerque, NM  87102
Attorneys for Plaintiff


KELEHER & McLEOD, P.A.

/s/ *Charles Archuleta*
_____
S. Charles Archuleta
Gary Van Luchene
P.O. Box AA
Albuquerque, NM  87102
Attorneys for Defendant